IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOSE RAMIREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Civil No.  04-670-MJR** |
| | ) | |
| **WATTS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

The U.S. Marshals Service was ordered to effect service of process upon the defendant(s) in the above-captioned case.  The Marshal Service has been informed by Carmen Rinella at the Federal Bureau of Prisons that **Krueger (AW), H. Lyle, T. Bakke, and Augustine Li,** are no longer employed by the Federal Bureau of Prisons.  Before the Court is a Notice and Request from the U.S. Marshal Service requesting a Court Order directing the **Federal Bureau of Prisons**  to provide the last know address for defendants **Krueger (AW), H. Lyle, T. Bakke, and Augustine Li,** (Doc 43)**.**  Defendant's address will be kept in confidence by both the Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that for good cause shown, and in accord with *Graham v. Satoski*, 51 F.3d 710 (7th Cir. 1995), on or before **December 7, 2006**, the Federal Bureau of Prisons shall provide the U.S. Marshal Service with the last known address of **Krueger (AW), H. Lyle, T. Bakke, and Augustine Li**.  The U.S. Marshal Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.  A written Notice of Compliance

1

shall be filed with the Court indicating conveyance of information to the Marshal Service.

**IT IS FURTHER ORDERED** that the Marshal Service shall reveal the address to the Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's address shall be retained by the Marshal Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshal for the Southern District of Illinois, as well as the Director of the Federal Bureau of Prisons and the Human Resources Office of the Federal Bureau of Prisons, both at 320 First Street  NW, Washington, DC, 20534.

**IT IS SO ORDERED.**

**DATED:        November 7, 2006**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**