IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSE RAMIREZ**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   Civil No. **04-670-MJR** |
| | ) |
| **HARRELL WATTS, et al.**, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ramirez's motion to compel the defendants to answer the First Set of Interrogatories and Request for Admissions propounded on or about October 2, 2006. **(Doc. 57).**

Plaintiff has failed to provide copies of his First Set of Interrogatories and Request for Admissions, as required by Local Rule 26.1(b)(3). In addition, the Court observes that plaintiff's discovery requests were served before any of the defendants had entered their appearance in this action.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 57)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 6, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1