IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOSE RAMIREZ**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **04-670-MJR** |
| | ) | |
| **HARRELL WATTS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Ramirez's motion to compel the defendants to fully respond to a request for production propounded on or about March 16, 2007, and interrogatories directed to defendant Cross propounded on or about April 4, 2007. **(Doc. 88)**. According to plaintiff, he not received any response to his discovery requests. The defendants respond that all of the discovery requests have been answered. **(Doc. 89)**. Plaintiff did not file a reply; therefore the Court perceives that plaintiff's motion is now moot in all respects.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 88)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: March 10, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1